# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAVEN BILEZIKJIAN,<br><br>  Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUM GROUP, DOES 1-20, inclusive,<br><br>  Defendants. | CASE NO.: SACV07 1438 AHS(ANx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>DATE:  September 14, 2009<br>TIME:  10:00 a.m.<br>CTRM:  10(A)<br><br>[Lodged Concurrently With:<br>- Notice of Motion and Motion;<br>- Memorandum of Points and Authorities;<br>- Statement of Uncontroverted Facts and Conclusions of Law;<br>- Declaration of Susan Roth;<br>- Declaration of Scott H. Shea; and<br>- Declaration of Jenny H. Wang.]<br><br>Complaint Filed: November 6, 2007 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1  The motion for summary judgment, and in the alternative partial summary
2  judgment, of Defendants Unum Life Insurance Company of America ("Unum Life")
3  and Unum Group (collectively, "Defendants") came on regularly for hearing before
4  this Court. Appearances of counsel were noted in the record.
5
6  Having considered the moving, opposition and reply papers, all pleadings and
7  the arguments of counsel, and for good cause shown, IT IS THEREFORE
8  ORDERED, ADJUDGED AND DECREED that the following issues in this action
9  are established without substantial controversy as against Plaintiff Zaven Bilezikjian,
10 that no further proof therefore shall be required at the trial of this action, and that any
11 final judgment in this action shall, in addition to any matters determined at trial, be
12 based upon the issues as so established:
13
14  1.  Dr. Bilezikjian's claim for breach of contract fails as a matter of law
15 because the uncontroverted facts and applicable law demonstrate that his disability
16 was not the result of an "accidental bodily injury" as defined by the disability
17 insurance policies at issue in this case (the "Policies");
18
19  2.  Dr. Bilezikjian's claim for breach of the implied covenant of good faith
20 and fair dealing (or "bad faith") fails as a matter of law because the uncontroverted
21 facts demonstrate the existence of a genuine issue of coverage, precluding his bad
22 faith claim as a matter of law;
23
24  3.  Dr. Bilezikjian's prayer for punitive damages fails as a matter of law
25 because there is no underlying tort of bad faith upon which to base such a prayer and
26 because Dr. Bilezikjian cannot demonstrate by way of "clear and convincing"
27 evidence "despicable conduct" by Defendants; and
28

1     4.    Dr. Bilezikjian's claims for relief against Unum Group for breach of contract and bad faith fail as a matter of law because the uncontroverted facts demonstrate that there is no contract between Dr. Bilezikjian on the one hand and Unum Group on the other.

**IT IS SO ORDERED.**

DATED: _____    _____
                                           HON. ALICEMARIE H. STOTLER
                                           UNITED STATES DISTRICT JUDGE

Respectfully submitted,

BARGER & WOLEN LLP

By: */s/ Jenny H. Wang*_____
     EDWIN A. OSTER
     JENNY H. WANG
     Attorneys for Defendants
     Unum Life Insurance Company of
     America and Unum Group