**Jeffrey C. Metzger, Esq.  State Bar No. 96583**
**JMetzger@metzgerlaw.com**
**LAW OFFICES OF JEFFREY C. METZGER**
**A Law Corporation**
**23041 Mill Creek Drive**
**Laguna Hills, California 92653**
**Telephone (949) 454-1196**
**Facsimile (949) 454-0830**

Attorney for Plaintiff, ZAVEN BILEZIKJIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAVEN BILEZIKJIAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUM GROUP; DOES 1-20, inclusive,<br><br>　　　　　Defendants. | CASE NO. SA CV 07-01438-AHS (ANx)<br><br>ORDER CONTINUING DATE TO COMPLETE MANDATORY SETTLEMENT PROCEEDINGS FROM SEPTEMBER 4, 2009, TO OCTOBER 19, 2009 |

**ORDER**

　　IT IS HEREBY ORDERED that the parties' deadline to complete the mandatory settlement proceedings of Local Rule 16-15.2 shall be October 16, 2009.  The parties have agreed to use Settlement Procedure No. 2 of Local Rule 16-15.4.

Dated:   August 19, 2009.　　　　　*ALICEMARIE H. STOTLER*
　　　　　　　　　　　　　　　　　HON. ALICEMARIE H. STOTLER
　　　　　　　　　　　　　　　　　United States District Judge