1  Edwin A. Oster (072169), eoster@bargerwolen.com
2  Jenny H. Wang (191643), jwang@bargerwolen.com
   BARGER & WOLEN LLP
3  19800 MacArthur Boulevard, 8th Floor
   Irvine, California 92612
4  Telephone: (949) 757-2800
   Facsimile: (949) 752-6313

5  Attorneys for Defendants
   Unum Life Insurance Company of America
6  and Unum Group

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAVEN BILEZIKJIAN,  Plaintiff,  vs.  UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUM GROUP, DOES 1-20, inclusive,  Defendants. | CASE NO.: SACV07 1438 AHS(ANx)  **DEFENDANTS' OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFF IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**  [Filed Concurrently With: - Defendants' Reply Brief.]  DATE: September 14, 2009  TIME: 10:00 a.m.  CTRM: 10(A)  Complaint Filed: November 6, 2007 |

1  Defendants Unum Life Insurance Company of America ("Unum Life") and
2  Unum Group (collectively, "Defendants") hereby object to Exhibits 1 and 2 attached
3  to Plaintiff Zaven Bilezikjian's Memorandum of Points and Authorities in Opposition
4  to Defendants' pending Motion for Summary Judgment.  Those exhibits constitute
5  inadmissible hearsay.

7  DATED:  September 4, 2009         BARGER & WOLEN LLP

9                                    By: */s/ Jenny H. Wang*_____
                                          EDWIN A. OSTER
10                                        JENNY H. WANG
                                          Attorneys for Defendants
11                                        Unum Life Insurance Company of
                                          America and Unum Group