```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
                         SOUTHERN DIVISION


                       CIVIL MINUTES - GENERAL

Case No.: SA CV 07-1438 AHS (ANx)         Date: September 8, 2009

Title:    Zaven Bilezikjian v. Unum Life Insurance Company of
          America, et al.
==================================================================
PRESENT:  HON. ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE

          Ellen Matheson                       Not Present
          Deputy Clerk                         Court Reporter

ATTORNEYS PRESENT: None present

PROCEEDINGS:    (IN CHAMBERS) ORDER: (1) CONTINUING HEARING ON
                PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
                AND (2) DEFENDANTS' MOTION FOR SUMMARY JUDGMENT,
                AND IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT
                FROM SEPTEMBER 14, 2009 TO OCTOBER 19, 2009, AT
                10:00 A.M.; (3) CONTINUING THE FINAL PRETRIAL
                CONFERENCE FROM OCTOBER 19, 2009 TO NOVEMBER 23,
                2009 AT 2:00 P.M.; (4) CONTINUING THE DATE TO
                COMPLETE MANDATORY SETTLEMENT PROCEEDINGS FROM
                OCTOBER 19, 2009 TO NOVEMBER 23, 2009; AND (5)
                CONTINUING COURT TRIAL FROM NOVEMBER 10, 2009 TO
                JANUARY 5, 2010 AT 9:00 A.M.
```

On the Court's own motion, the hearing on Plaintiff's Motion for Partial Summary Judgment and Defendants' Motion for Summary Judgment, and in the Alternative, Partial Summary Judgment, are ordered continued from September 14, 2009, to October 19, 2009, at 10:00 a.m.  The Final Pretrial Conference is continued from October 19, 2009 to November 23, 2009 at 2:00 p.m. The date to complete mandatory settlement proceedings is also continued from October 19, 2009 to November 23, 2009.  The Court Trial is continued from November 10, 2009 to January 5, 2010 at 9:00 a.m.

The clerk shall serve this minute order on counsel for all parties in this action.

```
MINUTES FORM 11                        INITIALS OF DEPUTY CLERK enm
CIVIL - GEN     DAM            D - M
O:\ECF Ready\SA CV 07-1438. Bilezikjian v. Unum Life. Cont MSJ etc.wpd
```