1  JEFFREY C. METZGER, Esq.  State Bar No. 96583
   LAW OFFICES OF JEFFREY C. METZGER
2  A Law Corporation
   23041 Mill Creek Drive
3  Laguna Hills, California 92653
   JMetzger@metzgerlaw.com
4  Phone: (949) 454-1196
   Fax:  (949) 454-0830
5
   WYLIE A. AITKEN, Esq., Bar No. 37770
6  MICHAEL A. PENN, Esq., Bar No. 233817
   AITKEN, AITKEN & COHN
7  3 MacArthur Place, #800
   Santa Ana, CA 92707
8  michael@aitkenlaw.com
   Phone: (714) 434-1424
9  Fax: (714) 434-3600

10 Attorneys For: Plaintiff

11                    UNITED STATES DISTRICT COURT

12                   CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  ZAVEN BILEZIKJIAN, | CASE NO. SACV 07-01438-AHS (AN) |
| 15              Plaintiff, | |
| | PLAINTIFF'S RESPONSE TO |
| 16  vs. | DEFENDANTS' OBJECTION TO EVIDENCE |
| 17  UNUM LIFE INSURANCE | |
|     COMPANY OF AMERICA, | Hon. Alicemarie H. Stotler |
| 18  UNUM GROUP; DOES 1-20, | |
|     inclusive, | Hearing Date: September 14, 2009 |
| 19 | Time: 10:00 a.m. |
|              Defendants. | |
| 20 | Complaint Filed: November 6, 2007 |
| 21 | Trial Date:   November 10, 2009 |

22

23

24

25

26

27

28

PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTION TO EVIDENCE

In their Reply brief, Defendants objected to Exhibits 1 & 2 to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, consisting of two California Insurance Commissioner's Bulletins on the grounds of inadmissible hearsay. Plaintiff's response is as follows:

1) Federal Rule of Evidence 803 excepts from exclusion by the hearsay rule: "Public records and reports. Records, reports, statements, or data compilations, in any form, of public offices or agencies, setting forth (A) the activities of the office or agency, or (B) matters observed pursuant to duty imposed by law as to which matters there was a duty to report, excluding, however, in criminal cases matters observed by police officers and other law enforcement personnel, or (C) in civil actions and proceedings and against the Government in criminal cases, factual findings resulting from an investigation made pursuant to authority granted by law, unless the sources of information or other circumstances indicate lack of trustworthiness."

2) In addition, the Bulletins are judicially noticed facts per FRE 201(b), which the Court may take judicial notice of, whether requested or not. FRE 201(c). The Court shall take judicial notice if requested by a party, and Plaintiff so requests.

Dated: September 8, 2009    LAW OFFICES OF JEFFREY C. METZGER
                             A Law Corporation

                             By:    /s/Jeffrey C. Metzger
                                    JEFFREY C. METZGER, Esq.

Dated: September 8, 2009    AITKEN, AITKEN & COHN


                             By:    /s/Michael Penn
                                    WYLIE A. AITKEN, Esq.
                                    MICHAEL A. PENN, Esq.

                             Attorneys for Plaintiff, ZAVEN BILEZIKJIAN

PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTION TO EVIDENCE