**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
<u>CIVIL MINUTES - GENERAL</u>

Case No.: <u>SA CV07-1438-AHS(ANx)</u>                    Date: <u>October 19, 2009</u>

Case Title: <u>ZAVEN BILEZIKJIAN v. UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.</u>

================================================================

PRESENT:    <u>THE HONORABLE ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE</u>

<u>Nancy Boehme for</u>
<u>Ellen Matheson</u>                     <u>Deborah Parker</u>
Deputy Clerk                         Court Reporter

ATTORNEY(S) PRESENT FOR PLAINTIFF(S):    ATTORNEY(S) PRESENT FOR DEFENDANT(S):
Jeffrey C. Metzger                        Jenny H. Wang
Wylie Aitken                              Edwin A. Oster

PROCEEDINGS:    (1) PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; REQUEST FOR JUDICIAL NOTICE;
(2) DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT, AND IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT;

    Cause called. Court grants plaintiff's Request for Judicial Notice. Counsel argue motion. Court stays proceedings and vacates Pretrial Conference and Trial dates pending the Court's ruling on the motions. Matters are taken under advisement.

<u>00</u> : <u>55</u>
Initials of Deputy Clerk: <u>nkb</u>