```
 1                                                          JS6
 2
 3
 4
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9             CENTRAL DISTRICT OF CALIFORNIA
10                   SOUTHERN DIVISION
11  ZAVEN BILEZIKJIAN,              )  SA CV 07-1438 AHS(ANx)
                                    )
12              Plaintiff,          )
                                    )
13       v.                         )  JUDGMENT
                                    )
14  UNUM LIFE INSURANCE COMPANY OF  )
    AMERICA, et al.,                )
15                                  )
                Defendants.         )
16  _____)
17
18       Defendants' motion for summary judgment and plaintiff's
19  motion for partial summary judgment came on regularly for hearing
20  before the Court, the Honorable Alicemarie H. Stotler, District
21  Judge, presiding.  The matters having been duly heard and
22  considered and rulings having been duly rendered,
23  //
24  //
25  //
26  //
27  //
28  //
```

IT IS ORDERED AND ADJUDGED:

That plaintiff takes nothing from defendants on the complaint, that judgment is granted in favor of defendants, and that each party shall bear its own costs of suit.

DATED: January 25, 2010.

ALICEMARIE H. STOTLER
_____
ALICEMARIE H. STOTLER
U.S. DISTRICT JUDGE